[Cite as *Bohr v. Ohio Dept. of Transp.*, 2010-Ohio-1952.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

THOMAS BOHR

     Plaintiff

     v.

Case No. 2009-07245-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL
OHIO DEPT. OF TRANSP.

{¶ 1} On October 27, 2009, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Thomas Bohr
1663 Edgefield Road
Lyndhurst, Ohio  44124

Ohio Dept. of Transp.
1980 West Broad Street
Columbus, Ohio  43223

DRB/laa
Filed 1/8/10
Sent to S.C. reporter 4/30/10